## GEORGE BATTISTA, JR. v. THE UNITED ILLUMINATING COMPANY

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 486, is denied.

*Jackson T. King* and *Susan King Shaw,* in support of the petition.

*Jeremy G. Zimmermann* and *Thomas J. Flanagan,* in opposition.

Decided May 27, 1987

## RONALD E. ROMANOWSKI v. JOHN J. FOLEY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 80, is denied.

*Alfred J. Garofolo,* in support of the petition.

*Eugene Scalise, Jr.,* in opposition.

Decided May 27, 1987

## C.R. PARKESIDE LIMITED PARTNERSHIP v. ISABEL LORENZANA

The plaintiff's petition for certification for appeal from the Appellate Court, 10 Conn. App. 517, is denied.

*Thomas B. Griglun,* in support of the petition.

*Neil L. Brockwehl,* in opposition.

Decided May 27, 1987

## VEN NGUYEN ET AL. v. JOSEPH DaSILVA ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 10 Conn. App. 527, is denied.

*Walter R. Keenan,* in support of the petition.

Decided June 4, 1987